IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF KANSAS

IN RE:

CHRISTOPHER S. CARTER and
NANCY E. CARTER,  Case No. 04-22982-13-RDB

        Debtors.

# MOTION TO DISMISS
# FOR FAILURE TO FILE PRE-PETITION TAX RETURN(S)

Pursuant to D.Kan. LBR 4002.3(c), notice is hereby given by the United States of America, acting on behalf of its agency, the Internal Revenue Service (IRS), to the Court, the Trustee, and to the Debtor through Debtors' counsel, of the existence of an unfiled pre-petition tax return(s). Seventy-five days have elapsed since the bankruptcy petition was filed and the IRS has not received the following pre-petition return(s) from the Debtors:

**Federal income tax returns(s) for 2001, 2002, and 2003.**

Dismissal of this case is warranted for failure to comply with the Court's rules regarding the filing of pre-petition tax returns that are due less than three years before the date of the petition. See D. Kan. LBR 4002.3(a). Therefore, the United States of America moves the Court for an Order dismissing the above-captioned case without prejudice as provided in D. Kan. LBR 4002.3(c).

Respectfully submitted,

ERIC F. MELGREN
United States Attorney

s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney
Ks.. S. Ct. No. 14225
500 State Avenue, Suite 360
Kansas City, Kansas 66101
Telephone: (913) 551-6730
Facsimile: (913) 551-6541
Email: Chris.Allman@usdoj.gov
Attorneys for the United States
ELECTRONICALLY FILED

CERTIFICATE OF MAILING

      I hereby certify that on this date, September 28, 2004, the foregoing was electronically filed with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Jason A. Norbury
    norbury@wagonergroup.com

    William H. Griffin, Trustee
    ecfgriff@13trusteekc.com

    I further certify that on this date, the foregoing document and the notice of electronic filing were mailed by first-class mail to the following non-CM/ECF participants:

    None

s/ Christopher Allman
CHRISTOPHER ALLMAN
Assistant United States Attorney